# RASCO | KLOCK
### ATTORNEYS
#### RASCO | KLOCK | PEREZ | NIETO

**James Halter**
646.970.4770 (Main)
305.476.5141 (Direct)
305.718.0639 (Facsimile)
jhalter@rascoklock.com

April 19, 2021

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/21/2021
```

Re: *MyCal Group, LLC v. Auerbach Grayson & Company, LLC*,
SDNY Case No. 21 Civ. 2836 (MKV)

Dear Judge Vyskocil:

We represent the Plaintiff, MyCal Group, LLC. We write to request an adjournment of the Initial Pretrial Conference that the Court scheduled for April 29, 2021 at 1:30 p.m. (Dkt. No. 25). The undersigned will be actively engaged in an arbitration that entire week and cannot attend the scheduled conference as a result.

We conferred with counsel for Defendant regarding this request and Defendant does not object. The parties are mutually available the following week on May 5-7, 2021 or at a subsequent date at the Court's convenience.

The parties do not need to alter the due date of the joint letter and proposed Case Management Plan, currently due on or before April 22, 2021 (Dkt. No. 25), unless the Court prefers to reschedule that date as well. No prior requests to adjourn the Initial Pretrial Conference have been made.

Thank you for your consideration.

Respectfully submitted,

RASCO KLOCK PEREZ & NIETO, LLC

By: _/s/ James W. Halter_____
James Halter

---

Granted. The conference that was scheduled to take place on April 29, 2021 is ADJOURNED to May 6, 2021 at 11:30 AM.

Date: April 21, 2021
New York, New York

_/s/ Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge

cc: Counsel of Record (by ECF)