```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MYCAL GROUP, LLC, | USDC SDNY |
| | DOCUMENT |
| Plaintiff, | ELECTRONICALLY FILED |
| | DOC #:_____ |
| -against- | DATE FILED: 9/20/2021 |
| AUERBACH GRAYSON & COMPANY, LLC, | |
| | 1:21-cv-02836-MKV |
| Defendant. | ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

The Parties filed a letter [ECF No. 61] stating that they "anticipate an amicable resolution[] shortly" without any further Court intervention. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize any settlement in writing and as long as the application to restore the action is made by October 20, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  September 20, 2021**
      **New York, NY**

*[Signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**