# RASCO | KLOCK
### ATTORNEYS
#### RASCO | KLOCK | PEREZ | NIETO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021

**James Halter**
646.970.4770 (Main)
305.476.5141 (Direct)
305.718.0639 (Facsimile)
jhalter@rascoklock.com

October 18, 2021

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *MyCal Group, LLC v. Auerbach Grayson & Company, LLC*,
              SDNY Case No. 21 Civ. 2836 (MKV)

Dear Judge Vyskocil:

    We represent the Plaintiff, MyCal Group, LLC. We write on behalf of both parties to request that the Court extend the deadline to resolve this matter prior to dismissal by 35 days until November 24, 2021.

    Pursuant to the Court's Order dated September 20, 2021 (Dkt. No. 63), the parties currently have until October 20, 2021 to move to restore the case. The parties are still in the process of finalizing and consummating a settlement. As such, the parties jointly request a 35-day extension of the time to move to restore the matter if needed, and that the September 20, 2021 Order of Dismissal not become final until November 24, 2021.

    No prior requests have been made to extend the deadline at issue.

    Thank you for your consideration.

**Granted. SO ORDERED.**

Date: October 19, 2021
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

RASCO KLOCK PEREZ & NIETO, LLC

By: */s/ James W Halter*
     James Halter

cc:   Counsel of Record (by ECF)